UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

TO:	Christopher Mayfield Brown, Esquire
	Ackerman Brown PLLC
	2101 L St. NW, Ste. 440
	Washington, DC 20037

	Patricia Payne, Esquire
	Payne and Associates Ltd
	1250 24th St. NW, Ste. 300
	Washington, DC 20037

FROM:	Judge Peter J. Messitte

RE:	*Gavri v. Seakey Holding, LLC et al.*
	Civil Case No. PJM 08-1338

DATE:	October 14, 2014

****

The Court has received a Motion for Exemption of Protected Property (Paper No. 105) from Defendant Anupam Pahuja. The Motion appears to have been written and filed by Defendant personally, rather than by counsel for Defendant. The Motion asks the Court to deny the Writ of Garnishment as to Defendant's Charles Schwab Account (Paper No. 90). A copy of the Motion is attached to this letter.

It is unclear whether counsel for Plaintiff was ever served with a copy of this Motion. No response from Plaintiff was ever filed. The Court advises Mr. Pahuja that, if he is represented by counsel, he may not file his own pleadings. Counsel must do so for him. The Court will accept Mr. Pahuja's Motion on this occasion, but unless Mr. Pahuja chooses to proceed *pro se* from now on, the Court will not accept future pleadings from him.

For now, the Court asks for a response to Mr. Pahuja's letter from Plaintiff's counsel within fifteen (15) days of the date of this Memorandum Order. Defense counsel's reply, if any, is due ten (10) days thereafter.

Despite the informal nature of this ruling, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                                                  /s/
                                          PETER J. MESSITTE
                                 UNITED STATES DISTRICT JUDGE

Enclosure (1)

cc:    Court File

       Jeffrey D Goldstein, Esquire
       Smith Lease and Goldstein LLC
       11 N. Washington St., Ste. 520
       Rockville, MD 20850

       Jan Ingham Berlage, Esquire
       Gohn Hankey Stichel & Berlage, LLP
       201 N. Charles St. Ste. 2101
       Baltimore, MD 21201

       Matthew John Pavlides, Esquire
       Miles and Stockbridge
       11 N. Washington St., Ste. 700
       Rockville, MD 20850